UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Respondent,<br><br>  v.<br><br>AARON EDWARD PRATT,<br><br>  Movant. | No. 2:92-cr-0205 WBS AC<br><br>No. 2:01-cr-0118 WBS AC<br><br>ORDER |

----oo0oo----

Movant, a federal prisoner proceeding through counsel, has filed petitions for relief pursuant to 28 U.S.C. § 2241. Movant filed identical petitions in Case No. 2:01-cr-0152 WBS AC, Case No. 2:92-cr-0205 WBS AC, and Case No. 2:01-cr-0118 WBS AC. The matters were referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Magistrate Judge Alison Claire filed findings and recommendations recommending that the petition be denied in Case No. 2:01-cr-0152 WBS AC on July 18, 2019. (Docket No. 74 in Case No. 2:01-cr-0152 WBS AC.) This court adopted those findings and

1

1  recommendations in full.  (Docket No. 77 in Case No. 2:01-cr-0152
2  WBS AC.)  Due to an administrative oversight, findings and
3  recommendations were not initially filed in Case No. 2:92-cr-0205
4  WBS AC or Case No. 2:01-cr-0118 WBS AC.
5          The Magistrate Judge filed findings and recommendations
6  on October 13, 2023 in Case No. 2:92-cr-0205 WBS AC and Case No.
7  2:01-cr-0118 WBS AC, recommending that the petitions be denied
8  for the same reasons provided in her findings and recommendations
9  in Case No. 2:01-cr-0152 WBS AC.  (Docket No. 77 in Case No.
10 2:92-cr-0205 WBS AC; Docket No. 34 in Case No. 2:01-cr-0118 WBS
11 AC.)  The findings and recommendations were served on all parties
12 and contained notice to all parties that any objections to the
13 findings and recommendations were to be filed within fourteen
14 days.  Neither party has filed objections to the findings and
15 recommendations in either case.
16         The court has reviewed the files in Case No. 2:92-cr-
17 0205 WBS AC and Case No. 2:01-cr-0118 WBS AC and finds the
18 findings and recommendations to be supported by the record and by
19 the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY
20 ORDERED that:
21         1.  The findings and recommendations filed October 13,
22 2023 (Docket No. 77 in Case No. 2:92-cr-0205 WBS AC; Docket No.
23 34 in Case No. 2:01-cr-0118 WBS AC) are adopted in full;
24         2.  Petitioner's applications for a writ of habeas
25 corpus (Docket No. 74 in Case No. 2:92-cr-0205 WBS AC; Docket No.
26 31 in Case No. 2:01-cr-0118 WBS AC) are denied for the same
27 reasons set forth in the July 18, 2019 findings and
28 recommendations filed in United States v. Pratt, No. 2:01-cr-0152

WBS AC (Docket No. 74), which are incorporated herein by reference.

Dated: November 28, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE